**Law Office of P.J. Franklin, P.C.**
7322 Southwest Freeway Ste. 700
Houston, TX 77074

Phone: (877) 870-2675    Fax: (713) 414-3067

**S T A T E M E N T**
May 24, 2010

**Jimmy Lee Hadley**
**Ann Thi Hadley**
14139 Chelseahurst Ln
Houston, TX 77047

| Client ID: | 47 | Account Description: | Chapter 13/Trustee Receipts | Page 1 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $3,670.68 | |

Statement Period: All Dates

**TRANSACTION SUMMARY**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 9/15/2009 | Retainer Fee | $0.00 | $526.00 | P | ($526.00) |
| 5/24/2010 | Hourly Bill Posting Period: 05/24/2010 | $3,910.00 | $0.00 | C | $3,384.00 |

| Date | Timekeeper | Hours | Rate* | Charge* |
|---|---|---|---|---|
| 6/29/2009 | PJF | 0.10 | $300.00 | N/C |
| | Initial email inquiry received from Jimmy Hadley. Called and left message & sent email with information. | | | |
| 6/30/2009 | PJF | 0.25 | $300.00 | $75.00 |
| | Spoke to Jimmy Hadley about finances. Will schedule appointment for next week. | | | |
| 7/6/2009 | PJF | 0.14 | $300.00 | $42.00 |
| | Spoke with Mr. Hadley to reschedule appointment. | | | |
| 7/11/2009 | PJF | 1.46 | $300.00 | $438.00 |
| | Explained bankruptcy procedures, responsibilities and fee agreement. Explained credit counseling & means testing. Requested paycheck stubs and secured creditor information to prepare initial means test. | | | |
| 7/14/2009 | PJF | 0.16 | $300.00 | $48.00 |
| | Reviewed credit counseling certificates. | | | |
| 7/16/2009 | PJF | 0.22 | $300.00 | $66.00 |
| | Reviewed client questionnaire and organized information to prepare means test. | | | |
| 8/3/2009 | PJF | 0.50 | $300.00 | $150.00 |
| | Received paystubs through July. Prepared means test. Called Mr. Hadley for clarification regarding vehicles. | | | |
| 8/4/2009 | PJF | 0.36 | $300.00 | $108.00 |
| | Spoke to Mr. Hadley about preliminary results. Gave him options regarding mortgage and vehicles. | | | |
| 8/21/2009 | PJF | 0.14 | $300.00 | $42.00 |
| | Spoke to Mr. Hadley and answered questions. | | | |
| 9/1/2009 | PJF | 0.18 | $300.00 | $54.00 |
| | Spoke to Ann Hadley and answered her questions. | | | |
| 9/8/2009 | PJF | 1.10 | $300.00 | $330.00 |
| | Met with Mr. and Mrs. Hadley. Ran credit report. Prepared petition with list of | | | |

**Law Office of P.J. Franklin, P.C.**
7322 Southwest Freeway Ste. 700
Houston, TX 77074

Phone: (877) 870-2675     Fax: (713) 414-3067

**S T A T E M E N T**
May 24, 2010

**Jimmy Lee Hadley**
**Ann Thi Hadley**
14139 Chelseahurst Ln
Houston, TX 77047

| Client ID: | 47 | Account Description: | Chapter 13/Trustee Receipts | Page 2 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $3,670.68 | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | creditors.  Reviewed fee agreement and client responsibilities. | | | | |
| 9/16/2009 | JF | 0.18 | $100.00 | | $18.00 |
| | Communicated case number and deadlines.  Requested appointment time and day to review schedules and plan. | | | | |
| 9/18/2009 | JF | 2.32 | $100.00 | | $232.00 |
| | Preparation and mailing or faxing of creditor notice letters. | | | | |
| 10/1/2009 | PJF | 0.11 | $300.00 | | $33.00 |
| | Emailed Mr. Hadley for August and September paystubs | | | | |
| 10/8/2009 | PJF | 0.15 | $300.00 | | $45.00 |
| | Spoke to Mr. Hadley about paystubs.  Explained means test. | | | | |
| 10/12/2009 | JF | 0.19 | $100.00 | | $19.00 |
| | Sent letter explaining mandatory creditor meeting, procedures, parking and required information to bring to meeting. | | | | |
| 10/13/2009 | PJF | 1.56 | $300.00 | | $468.00 |
| | Prepared schedules, plan, statement of affairs and means test for client review. | | | | |
| 10/19/2009 | PJF | 1.33 | $300.00 | | $399.00 |
| | Meeting with clients to review schedules, plan, means test, & statement of affairs.  Made revisions to documents. | | | | |
| 10/20/2009 | PJF | 0.13 | $300.00 | | $39.00 |
| | Spoke with client about vehicles. | | | | |
| 10/22/2009 | PJF | 0.16 | $300.00 | | $48.00 |
| | Spoke with Ann Hadley about expenses. | | | | |
| 10/28/2009 | PJF | 0.12 | $300.00 | | $36.00 |
| | Emailed instructions for creditor meeting. | | | | |
| 10/30/2009 | PJF | 0.28 | $300.00 | | $84.00 |
| | Meeting with client prior to 341 meeting.  Attendance at meeting. | | | | |
| 11/10/2009 | JF | 0.21 | $100.00 | | $21.00 |
| | Mailed copy of motion with options to avoid dismissal. | | | | |
| 11/21/2009 | PJF | 0.11 | $300.00 | | $33.00 |
| | Spoke to Ann Hadley and answered questions. | | | | |
| 11/23/2009 | PJF | 0.38 | $300.00 | | $114.00 |

**Law Office of P.J. Franklin, P.C.**
7322 Southwest Freeway Ste. 700
Houston, TX 77074

Phone: (877) 870-2675      Fax: (713) 414-3067

**S T A T E M E N T**
May 24, 2010

**Jimmy Lee Hadley**
**Ann Thi Hadley**
14139 Chelseahurst Ln
Houston, TX 77047

| Client ID: | 47 | Account Description: | Chapter 13/Trustee Receipts | Page 3 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $3,670.68 | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | Spoke with Mr. Hadley's payroll department about wage order. Revised wage order. | | | | |
| 11/30/2009 | PJF | 0.45 | $300.00 | | $135.00 |
| | Reviewed claims docket and made revisions to plan. | | | | |
| 12/1/2009 | PJF | 0.39 | $300.00 | | $117.00 |
| | Spoke to Mr. Hadley about options to keep home. | | | | |
| 12/11/2009 | PJF | 0.10 | $300.00 | | $30.00 |
| | Emailed Mr. Hadley about plan payments. | | | | |
| 12/14/2009 | PJF | 0.42 | $300.00 | | $126.00 |
| | Prepared plan amendments and met with clients. | | | | |
| 12/15/2009 | PJF | 0.09 | $300.00 | | $27.00 |
| | Sent email to case manager about amendments. | | | | |
| 12/21/2009 | PJF | 0.21 | $300.00 | | $63.00 |
| | Drafted Response to Trustee Motion to Dismiss. | | | | |
| 12/22/2009 | PJF | 0.30 | $300.00 | | $90.00 |
| | Attendance at Confirmation Hearing. | | | | |
| 12/22/2009 | PJF | 0.08 | $300.00 | | $24.00 |
| | Emailed results of confirmation hearing to Mr. Hadley. | | | | |
| 1/18/2010 | PJF | 0.22 | $300.00 | | $66.00 |
| | Reviewed claims docket and new proof of claims. | | | | |
| 2/3/2010 | PJF | 0.18 | $300.00 | | $54.00 |
| | Received email regarding mortgage surrender and responded. | | | | |
| 2/3/2010 | PJF | 0.15 | $300.00 | | $45.00 |
| | Emailed client regarding proposed agreed order. | | | | |
| 2/5/2010 | PJF | 0.21 | $300.00 | | $63.00 |
| | Returned phone call to Mr. Hadley and explained options regarding mortgage retention. | | | | |
| 3/18/2010 | PJF | 0.12 | $300.00 | | $36.00 |
| | Returned phone call to Mr. Hadley. Answered his questions. | | | | |
| 5/20/2010 | PJF | 0.22 | $300.00 | | $66.00 |
| | Reviewed timeslips and invoice for fee application. | | | | |
| 5/21/2010 | JF | 0.26 | $100.00 | | $26.00 |

**Law Office of P.J. Franklin, P.C.**
7322 Southwest Freeway Ste. 700
Houston, TX 77074

Phone: (877) 870-2675   Fax: (713) 414-3067

**S T A T E M E N T**
May 24, 2010

**Jimmy Lee Hadley**
**Ann Thi Hadley**
14139 Chelseahurst Ln
Houston, TX 77047

| Client ID: | 47 | Account Description: | Chapter 13/Trustee Receipts | Page 4 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $3,670.68 | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | Prepared Motion, Order and Fee Summary. | | | | |
| | **Total Hours:** | **15.24** | | | |
| 5/24/2010 | Expense Posting Period: 05/24/2010 | $286.68 | $0.00 | C | $3,670.68 |

| Date | Expense Description | Amount |
|---|---|---|
| 9/16/2009 | Postage (1 @ $0.44) | $0.44 |
| 9/16/2009 | Copies (14 @ $0.20) | $2.80 |
| 9/18/2009 | Postage (37 @ $0.44) | $16.28 |
| 9/18/2009 | Copies (148 @ $0.20) | $29.60 |
| 10/12/2009 | Postage (1 @ $0.44) | $0.44 |
| 10/12/2009 | Copies (3 @ $0.20) | $0.60 |
| 10/21/2009 | Postage (37 @ $0.88) | $32.56 |
| 10/21/2009 | Copies (370 @ $0.20) | $74.00 |
| 11/10/2009 | Postage (1 @ $0.44) | $0.44 |
| 11/10/2009 | Copies (3 @ $0.20) | $0.60 |
| 12/15/2009 | Postage (37 @ $0.44) | $16.28 |
| 12/15/2009 | Copies (185 @ $0.20) | $37.00 |
| 12/22/2009 | Parking (1 @ $5.00) | $5.00 |
| 5/24/2010 | Postage (38 @ $0.88) | $33.44 |
| 5/24/2010 | Copies (186 @ $0.20) | $37.20 |

*C = Charge, P or X = Payment, A or W = Adjustment, B = Balances Forwarded, Y = Transfer to Trust Account, N/C = No Charge

**Balance:** **$3,670.68**

**Comments:**