# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



In Re: Jimmy Lee Hadley
Ann Thi Hadley
**Debtor(s)**

Case No.: 09–36858

Chapter:  13

**ENTERED**
**07/08/2013**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 7/8/13

MARVIN ISGUR
United States Bankruptcy Judge