# DILKS & KNOPIK, LLC

"When Success Matters"

July 16, 2013

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

*[Stamp: UNITED STATES COURTS, SOUTHERN DISTRICT OF TEXAS, JUL 19 2013, David J. Bradley, Clerk of Court]*

RE: Order Setting Hearing on Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due and owing to Jimmy Lee & Ann Thi Hadley for the amount of $2,390.40. This is from the Bankruptcy of Jimmy Lee & Ann Thi Hadley and Case No. 09-36858-H1-13.

An Order Setting Hearing has been entered in this case (July 31, 2013 @ 10:00 a.m.) for which we are required to serve a copy of the notice. Please find our Original Certificate of Service enclosed.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Brian J. Dilks
Managing Member

Original enclosed

35308 SE Center St
Snoqualmie, WA 98065

Phone  (425) 836-5728
Fax    (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING
## ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on July 16, 2013 a copy of the Order Setting Hearing was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

        U.S. Attorneys Office
        P.O. Box 61129
        Houston, TX 77208

        U.S. Trustees Office
        515 Rusk Ave., Ste. 3516
        Houston, TX 77002

*UNITED STATES COURTS*
*SOUTHERN DISTRICT OF TEXAS*
*FILED*
*JUL 1 9 2013*
*David J. Bradley, Clerk of Court*

Notice is further given that on July 16, 2013 a copy of the Order Setting Hearing was served on the Case Trustee by Electronic Mail at the following addresses:

        David G Peake
        Case Trustee
        court@peakech13trustee.com

Dated: July 16, 2013

        _____
        Brian J. Dilks
        Dilks & Knopik, LLC
        Attorney in Fact for
        Jimmy Lee & Ann Thi Hadley

**Unclaimed.fds**
**06/23/98**