

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/26/2013

| | | |
|---|---|---|
| IN RE: | § | |
| JIMMY LEE HADLEY, ANN THI HADLEY | § § | CASE NO: 09-36858 |
| Debtor(s) | § § | |
| | § | CHAPTER 13 |

## ORDER DENYING PETITION FOR UNCLAIMED FUNDS

Faced with competing applications to pay unclaimed funds, the Court set a hearing. Neither competing claimant appeared. Accordingly, the Court denied the competing claims. Now, one of the claimants has filed a new application for the same funds.

Parties may not continue to file applications after they have been denied. Motions for reconsideration are governed by Fed. R. Bankr. P. 9023 and 9024. Accordingly, the Court will treat the renewed application as a motion for reconsideration. No basis under Rule 9023 or 9024 is offered in the application.

Accordingly, the application is denied.

SIGNED **September 25, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE